**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 18-18518 |
| Delwin Short | ) | | |
| Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Pamela S. Hollis |

**NOTICE OF MOTION**

**To:** Delwin Short, 1627 Firethorn St., Bolingbrook, IL, 60490

Glenn B. Stearns, 801 Warrenville Rd. Suite 650, Lisle, IL, 60532

Office of the US Trustee, 219 S. Dearborn St., Suite 873, Chicago, IL 60604

Codilis & Associates PC, 15W030 N. Frontage Rd., Ste. 100, Burr Ridge, IL 60527

Wells Fargo Bank N.A., Default Document Processing, MAC N9286-01Y, 1000 Blue Gentian Rd., Eagan, MN 55121-7700

**PLEASE TAKE NOTICE** that on **May 10, 2019 at 10:45 a.m.**, I shall appear before the Honorable Judge Pamela S. Hollis in Joliet City Hall, 150 W. Jefferson St. 2nd Floor, Joliet, IL and then and there present the attached **MOTION TO AUTHORIZE SHORT SALE**, a copy of which is attached hereto.

**By:**   /s/ Briana Czajka
Briana Czajka

**CERTIFICATE OF SERVICE**

I, Briana Czajka, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on April 19, 2019.

**By:**   /s/ Briana Czajka
Briana Czajka

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
Ph): 312.332.1800  (Fax):  877.247.1960

Adventist Bolingbrook Hospital
Bankruptcy Department
75 Remittance Dr., #6097
Chicago IL 60675

Amita Health
P.O. Box 14099
Bolingbrook IL 60440

Aspire Counseling Services PC
24014 Renwick Ste 100
Plainfield IL 60544

Augusta Village HO Assn
1250 E Diehl Rd
Naperville IL 60563

City of Chicago Bureau Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle St
Room 107
Chicago IL 60602

Commonwealth Edison
Attn: System Credit/BK Dept
3 Lincoln Center 4th Floor
Oakbrook Terrace IL 60181

Express Scripts
P.O. Box 747000
Cincinnati OH 45274

Finance Federal Credit Union
7017 Kennedy Ave
Hammond IN 46323

J. Kevin Ryan
Registered Agent For Finance Federal
Credit Union
Attn: Bankruptcy Department
7101 East 56th Street
Indianapolis IN 46226

Flagship Credit Accept
Attn: Bankruptcy Dept.
3 Christy Dr Ste 201
Chadds Ford PA 19317

Illinois Corporation Service
Registered Agent For Flagship Credit
Accept
Attn: Bankruptcy Department
801 Adlai Stevenson Drive
Springfield IL 62703

Illiana Financial CRED
Attn: Bankruptcy Dept.
1600 Huntington Dr
Calumet City IL 60409

Illinois American Water
P.O. Box 94551
Palatine IL 60094

Illinois Department of Revenue
Bankruptcy Department
PO Box 19044
Springfield IL 62794-9044

Illinois Housing Development Auth
401 N. Michigan Ave
Chicago IL 60611

Illinois State Toll Hwy Auth
Attn: Legal Dept - Bob Lane
2700 Ogden Ave.
Downers Grove IL 60515-1703

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

Naperville Dental Center
2547 Plainfield Rd
Naperville IL 60565

National Financial Group
51 Monroe St #205
Rockville MD 20850

Nicor Gas
Bankruptcy Department
PO Box 549
Aurora IL 60507

Sir Finance
Bankruptcy Department
6140 N. Lincoln Ave.
Chicago IL 60659

Suburban Foot & Ankle Assoc
15724 S. Rte 59, Unit 100
Plainfield IL 60544

TCF National BANK
C/O RGS Financial
1700 Jay Ell Dr Ste 200
Richardson TX 75081

Village of Riverdale
157 W 144th St
Riverdale IL 60827

Wells Fargo Home Mortgage
Bankruptcy Dept
8480 Stagecoach Cir
Frederick MD 21701

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | Case No: | 18-18518 |
| Delwin Short ) | | |
| Debtor, ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | Pamela S. Hollis |

**MOTION TO AUTHORIZE SHORT SALE**

NOW COMES the Debtor, Mr. Delwin Short (the "Debtor"), by and through his attorneys, Geraci Law LLC, to present his **MOTION TO AUTHORIZE SHORT SALE**, and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 06/29/2018.

3. This Honorable Court confirmed the Debtor's plan on 09/21/2018.

4. The Debtor now seeks to sell his home located at 1627 Firethorn St., Bolingbrook, IL, in a short sale.

5. The Debtor has received an offer from Edward & Enyonam Moloane to purchase the home for $268,500. See Exhibit A.

6. Allowing the Debtor to sell his home via a short sale will allow him to move without being encumbered by the mortgage payment.

WHEREFORE, the Debtor, Mr. Delwin Short, prays that this Court enter an order authorizing him to sell the property located at 1627 Firethorn St., Bolingbrook, IL, via short sale and for such further additional relief that this Court may deem just and proper.

                                                  /s/ Briana Czajka
                                                    Briana Czajka

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):   877.247.1960